

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00243-CR

ROBERT NEAL CARTER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 1412807R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Robert Neal Carter attempts to appeal from his conviction and 180-day sentence for possession of less than a gram of methamphetamine.[2] On the same day that the trial court sentenced appellant, it signed a certification of his right to appeal. The certification stated that this is "a plea-bargain case, and

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Health & Safety Code Ann. § 481.115(b) (West 2010).

[appellant] has NO right of appeal." Appellant and his trial counsel signed the certification. Nonetheless, appellant filed a notice of appeal.

On August 25, 2015, we sent a letter to appellant, through his appointed counsel, that informed him of the statement in the certification and that explained that unless he filed a response showing grounds for continuing the appeal by September 4, 2015, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant has not responded to our letter. Thus, in accordance with the trial court's certification that appellant has no right to appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 22, 2015